IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01542-PSF-OES
(Consolidated with 05-cv-01543-WDM-MJW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLOBAL STRATEGIES GROUP, LTD.,
HARLEY G. HUNTER, President,

    Defendant.

---

Civil Action No. 05-cv-01543-WDM-MJW
(Consolidated with 05-cv-01542-PSF-OES)

UNITED STATES OF AMERICA,

    Petitioner,

v.

HARLEY G. HUNTER,

    Respondent.

---

## ORDER OF CONSOLIDATION

THIS MATTER is before the Court on the parties' Unopposed Motion to Permit Consolidation (Dkt. # 4). Pursuant to F.R.Civ.P. 42(a), the Court finds that the above two actions involve common questions of law or fact, including common parties and common claims, before this Court.

FURTHER, the Court finds that consolidation of these two cases will avoid unnecessary costs and delays.  Therefore, it is

ORDERED that the two actions are consolidated under the earlier numbered case.  The undersigned Judge and Magistrate Judge Schlatter will preside over both actions.

DATED: September 23, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge