IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01542-PSF-OES
(Consolidated with 05-cv-01543-WDM-MJW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLOBAL STRATEGIES GROUP, LTD.,
HARLEY G. HUNTER, President,

    Defendant.

---

Civil Action No. 05-cv-01543-WDM-MJW
(Consolidated with 05-cv-01542-PSF-OES)

UNITED STATES OF AMERICA,

    Petitioner,

v.

HARLEY G. HUNTER,

    Respondent.

---

**ORDER SETTING HEARING**

---

THIS MATTER is before the Court on a review of the file. On August 16, 2005, this Court ordered respondents to show cause by September 7, 2005. On that date, respondents filed a limited response (Dkt. # 3) as well as an unopposed motion to consolidate (Dkt. # 4) and an unopposed motion for an extension of time to fully respond (Dkt. # 6). This Court granted in part the motion for an extension of time on

September 12, 2005 (Dkt. # 8), ordering respondents to file a full written response by October 7, 2005, with any reply by the petitioner to be filed by October 21, 2005.  On September 23, 2005, this Court granted the unopposed motion to consolidate.  Since that date, no filings have been made in the case.

IT IS THEREFORE ORDERED that a hearing on the Petition to Enforce Internal Revenue Service Summons will be held on **Monday February 13, 2006 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.

DATED: January 26, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge