IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01542-PSF-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLOBAL STRATEGIES GROUP, LTD.,
HARLEY G. HUNTER, President,

    Defendant.

---

Consolidated with Civil Action No. 05-cv-01543-PSF

UNITED STATES OF AMERICA,

    Petitioner,

v.

HARLEY G. HUNTER,

    Respondent.

---

## ORDER TO VACATE AND RESET HEARING

THIS MATTER is before the Court on the parties' Joint Motion to Vacate and Reset February 13, 2006, Hearing (Dkt. # 11).  Upon review and consideration, the motion is GRANTED.  It is hereby

ORDERED that the hearing scheduled for February 13, 2006 at 2:00 p.m. is VACATED.  Counsel for the parties are FURTHER ORDERED to contact my chambers

(303-335-2174) **no later than February 17, 2006** to reset the hearing in this matter, which hearing is to be scheduled no later than March 31, 2006.

DATED: February 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge