IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01542-PSF-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLOBAL STRATEGIES GROUP, LTD.,
HARLEY G. HUNTER, President,

    Defendant.

---

Consolidated with Civil Action No. 05-cv-01543-PSF

UNITED STATES OF AMERICA,

    Petitioner,

v.

HARLEY G. HUNTER,

    Respondent.

---

## ORDER TO RESET HEARING

THIS MATTER is before the Court on the parties' Joint Motion to Vacate and Reset February 13, 2006, Hearing (Dkt. # 11), which was granted by Order dated February 10, 2006. Upon the parties' telephone conference with my chambers, it is hereby

ORDERED that the hearing on Petition to Enforce Internal Revenue Service Summons is RESET to **March 24, 2006 at 2:30 p.m.**  The Court has set aside two hours for this hearing.

DATED: February 22, 2006

BY THE COURT

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge